**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 24-7013**

─────────────

MARVIN MAURICE MOORE,

       Plaintiff - Appellant,

    v.

ANTOINETTE V. IRVING, Sheriff; CAPTAIN LAWSON, Sheriff; CAPTAIN FELTAHWAY, Sheriff,

       Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:22-cv-01379-CMH-WEF)

─────────────

Submitted:  April 10, 2025                          Decided:  April 15, 2025

─────────────

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Marvin Maurice Moore, Appellant Pro Se.  Brian Peter Ettari, Leslie A. Winneberger, HARMAN CLAYTOR CORRIGAN & WELLMAN, Richmond, Virginia, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marvin Maurice Moore appeals the district court's order and judgment granting Defendants' motion for summary judgment in this 42 U.S.C. § 1983 action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order and judgment. *Moore v. Irving*, No. 1:22-cv-01379-CMH-WEF (E.D. Va. Sept. 17, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*